```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
JAMES T. LAWSON,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    CR. No. 13-140 S
                                    )
STATE OF RHODE ISLAND               )
Department of Attorney General,     )
                                    )
          Defendant.                )
_____ )
```

## ORDER FOR SUMMARY REMAND

WILLIAM E. SMITH, United States District Judge.

Following his misdemeanor conviction for failure to pay wages in Rhode Island Superior Court, Petitioner James T. Lawson filed in this Court a "Notice of Removal of Criminal Case" pursuant to 28 U.S.C. § 1455 (ECF No. 1). After reviewing filings by the Petitioner and by the Department of Attorney General of the State of Rhode Island, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in this matter (ECF No. 6). Judge Almond's R&R advised that this Court should enter an Order for Summary Remand to the Rhode Island Superior Court pursuant to 28 U.S.C. § 1455(b)(4) based on substantive and procedural defects in Petitioner's removal attempt. Neither party objected to the R&R.

Because this Court agrees with the analysis and the recommendation set forth in the R&R, it hereby adopts it

pursuant to 28 U.S.C. § 636(b)(1). Petitioner's Notice of Removal of Criminal Case is summarily remanded to the Rhode Island Superior Court.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
United States District Judge
Date: November 22, 2013